

October 16, 2018

Honorable Robert E. Grossman
United States Bankruptcy Court
Eastern District of New York
Alfonse M. D'Amato Federal Courthouse
290 Federal Plaza
Central Islip, New York 11722

   **Debtor:** **Angelica Giraldo**
    *aka* **Angelica Arango**
   **Case No.:** **8-17-744111-reg**
   **Chapter:** **13**
   **Property Address: 28 Oceanview Road, Hampton Bays, NY 11946**

Dear Judge Grossman,

  This firm represents Seterus, Inc as servicer Federal National Mortgage Association ("Fannie Mae") a secured creditor of the above-named Debtor. On November 2, 2017, a Loss Mitigation Order was entered by this Court. We respectfully request that the below serve as a status update on the aforementioned loss mitigation proceeding. The Loss Mitigation conference is scheduled for October 17, 2018 at 9:30 AM.

  Debtor has been offered a Permanent Modification that has been accepted and fully executed. There is currently a Motion to Approve the Loan Modification scheduled to be held October 17, 2018, the same date as our status conference. We respectfully request the court grant this Motion and allow for Termination of the Loss Mitigation Program.

  Thank you for your consideration of this matter.  Please do not hesitate to contact me with any questions regarding the matter.

              Respectfully,

              /s/ Barbara Whipple_
              Barbara Whipple Esq.
              Robertson, Anschutz & Schneid, PL
              bwhipple@rasflaw.com

cc:  Ronald D Weiss., Esq (Via ECF)