**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

------------------------------------------------------------X   Hearing Date: October 17, 2018, 9:30 am
**In re:**                                                                           Objections Deadline: October 10, 2018

    ANGELICA GIRALDO,                                            Chapter 13

               **Debtor.**                                            Case No.: 8-17-74411-reg
------------------------------------------------------------X

## ORDER APPROVING THE LOAN MODIFICATION AGREEMENT BETWEEN THE DEBTOR AND SECURED CREDITOR

Upon the application (the "Motion") of Angelica Giraldo ("Debtor"), seeking an order approving a Loan Modification Agreement dated as of May 17, 2018 between Debtor as borrower and Seterus ("Seterus") as the mortgage lender, which provides for the modification of the mortgage loan number x7798 filed as Claim #5 on November 22, 2017 in the amount of $435,851.44, upon the Debtor's primary residence located at Debtor's real property located at 28 Ocean View Road, Hampton Bays, NY 11946 (the "Modification Agreement"); and notice of the Motion appearing to be sufficient; and upon any opposition being withdrawn or overruled; for cause, it is hereby,

**ORDERED**, that the Modification Agreement attached to the Motion is approved and the same is so-ordered; and it is further

**ORDERED**, that the Debtor and Nationstar are authorized to take any steps necessary to effect and record the Modification Agreement, and the stay is modified only for the limited purpose of permitting same; and it is further

**ORDERED**, that Trustee Michael Macco shall treat the modification of claim #5 as long term secured debt paid outside of the plan.



Dated: Central Islip, New York
October 22, 2018

Robert E. Grossman
United States Bankruptcy Judge